UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAYDEE HELEN NOON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES AIR FORCE,<br><br>　　　　　　　　Defendants. | Case No. C22-5865 DGE<br><br>ORDER TO SHOW CAUSE |

　　　Plaintiff Kaydee Helen Noon, who is proceeding *pro se*, filed a Motion to Proceed *In Forma Pauperis* (IFP). Dkt. 1. In her motion, plaintiff states that she has $4,004.05 in savings, and her monthly expenses are $770.00. *Id.* Her spouse's net monthly salary is $2,205.06. *Id.*

　　　Based on the information supplied to the Court, it appears plaintiff can afford the $400.00 filing fee. Therefore, plaintiff is ordered to show cause why her motion to proceed IFP should not be denied. Plaintiff must respond to this order to show cause on or before December 23, 2022. In the alternative, plaintiff may pay the $400.00 filing fee before that date.

　　　Failure to show cause or pay the amount shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

ORDER TO SHOW CAUSE - 1

1   Dated this 5th day of December, 2022.

_Theresa L. Fricke_
Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2