UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAYDEEN HELEN NOON,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES AIR FORCE,<br><br>                Defendant. | CASE NO. 3:22-cv-05865-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On January 5, 2023, United States Magistrate Judge Theresa L. Fricke issued a Report and Recommendation, which recommended the Court deny Plaintiff's Motion for Leave to Proceed In Forma Pauperis. (Dkt. No. 3.) On January 11, 2023, Judge Fricke issued an order clarifying the basis for the recommended denial. (Dkt. No. 4.) The Court, having reviewed the Report and Recommendation, clarification, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDERS:

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 3) together with the Report and Recommendation (Dkt. No. 4) clarifying the original Report and Recommendation.

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED. Plaintiff's action is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk is directed to send copies of this Order to Plaintiff.


Dated this 12th day of January, 2023.

David G. Estudillo
United States District Judge